**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| RACHEL GASTON )<br>1061 East 125th Street )<br>Cleveland, OH 44108 )<br>           )<br>     Plaintiff, )<br>           )<br>vs.          )<br>           )<br>METLIFE AUTO & HOME )<br>c/o CT Corporation System )<br>4400 Easton Commons Way, Suite 125 )<br>Columbus, OH 43219 )<br>           )<br>     Defendant. ) | CASE NO.    1:18-cv-215<br><br><br><br><br><br><br>**NOTICE OF REMOVAL** |

Now comes Defendant, METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY ("Metropolitan") improperly named in Plaintiff's Complaint as "MetLife Auto & Home," by and through its attorneys, CURTIN & CURTIN, LLP, and, pursuant to 28 USC 1446, hereby gives notice that the action currently pending in the Cuyahoga County Court of Common Pleas captioned *Rachel Gaston v. MetLife Auto & Home*, Case No. CV 17 890772 is removed to the United States District Court, Northern District of Ohio.  The basis for this removal is diversity of jurisdiction of the parties as well as the amount in controversy exceeds $75,000 (see 28 USC, Section 1332).  Metropolitan is a subsidiary of Metropolitan Property and Casualty Insurance Company which is a corporation organized under the laws of the State of Rhode Island with its principal place of business located in Warwick, Rhode Island.  Metropolitan is a wholly owned subsidiary of MetLife, Inc.  Furthermore, the amount in controversy is in excess of $75,000.

Attached hereto is a copy of the Complaint and summons received by Metropolitan. The Complaint was served on Defendant, Metropolitan, on December 29, 2017.

WHEREFORE, Defendant Metropolitan respectfully gives notice of the removal of this action from the Cuyahoga County Court of Common Pleas to the United States District Court of the Northern District of Ohio.

                                               Respectfully submitted,

                                               CURTIN & CURTIN, LLP

By:   /s/ Stuart D. Baker
       Stuart D. Baker (0078271)
       *Attorneys for Defendant*
       159 South Main Street, Suite 920
       Akron, Ohio  44308-1318
       Phone: (330) 376-7245
       Fax:     (330) 376-8128
       sbaker@curtinlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2018, a copy of the foregoing Answer was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

| | |
|---|---|
| John M. Gundy, Jr., Esq. | gundylawfirm.@aol.com |
| Gregg D. Garfinkel, Esq. | garfinkelgundylawfirm@hotmail.com |
| 6105 Parkland Boulevard, Suite 140 | |
| Mayfield Heights, OH 44124 | |
| *Attorneys for Plaintiff* | |

                                               CURTIN & CURTIN, LLP

By:   /s/ Stuart D. Baker
       Stuart D. Baker (0078271)
       Attorneys for Defendant