IN THE UNITED STATES DISCTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL GASTON | ) | CASE NO. 1:18-CV-00215 |
| | ) | |
| Plaintiff | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| METLIFE AUTO & HOME | ) | **AND JUDGMENT ENTRY** |
| | ) | |
| Defendant | ) | |
| | ) | |

We, the attorneys for the respective parties, do hereby stipulate that the within action should be marked "SETTLED AND DISMISSED, WITH PREJUDICE." The trial court is to retain jurisdiction as it pertains to the settlement agreement in this matter. See *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 375 (1994). Costs to Defendant.

IT IS SO ORDERED.

Dated: May 17, 2018

                                                         s/   James S. Gwin
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| /s/ Gregg D. Garfinkel | /s/ Stuart D. Baker |
| Gregg D. Garfinkel (0077691) | Stuart D. Baker (0078271) |
| 8039 Broadmoor Road | 159 South Main Street, Suite 920 |
| Mentor, OH 44060 | Akron, OH 44308 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |